UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-MJ-591-RMM |
| MICK CHAN, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Matthew Moeder. AUSA Matthew Moeder will be substituting for AUSA Jacob Ryan Steiner.

                      Respectfully submitted,

                      CHANNING D. PHILLIPS
                      Acting United States Attorney
                      DC Bar No. 415793

By:    */s/ Matthew Moeder*
                      Matthew Moeder
                      Assistant United States Attorney
                      Missouri Bar #: 64036
                      400 East 9th Street, Room 5510
                      Kansas City, Missouri 64106
                      (816) 426-4103
                      Matthew.Moeder@usdoj.gov

## CERTIFICATE OF SERVICE

On this 19th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Matthew Moeder*
MATTHEW MOEDER
Assistant United States Attorney